IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

CHARLIE WAYNE ROUGHTON,        )
et al.,                        )
                               )
      Plaintiffs,              )
                               )        CIVIL ACTION NO.
      v.                       )        3:14cv1072-MHT
                               )           (WO)
LEAVITT F. SANDERS,            )
et al.,                        )
                               )
      Defendants.              )

### JUDGMENT

It is ORDERED that this case is administratively reopened and the stay is lifted.

Pursuant to the joint stipulation of dismissal (doc. no. 24), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of June, 2016.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE